Appellant, v. Waldemar Company and Others, Impleaded with Albany Apartments Corporation, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Catherine E. Muldoon, Respondent, v. Carmana Realty Company, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

National Fireproofing Company, Appellant, v. Tower Brothers Stationery Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Sarah A. Gainsforth, Appellant, v. John W. Brannan and Others, Constituting the Board of Trustees of Bellevue and Allied Hospitals, Respondents.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Mazziola, Appellant, v. William H. Edwards, as Commissioner of Street Cleaning of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maurice Deiche's, as Receiver of the Ætna Indemnity Company, Respondent, v. Western Development Company, Appellant. (No. 1)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kathryn Leonori, Respondent, v. Charles L. Leonori, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lorenzo E. Tripler, Respondent, v. Harry P. Fairchild, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas H. Hopgood, Respondent, v. McConnell Printing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Schwartzman, Appellant, v. J. Edward Jetter and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bertram L. Marks, as Ancillary Executor, etc., Appellant, v. L. Laflin Kellogg, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Patrick J. McNulty v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.